# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-53543 CKP
**Case Name:** DEAN MOTOR FREIGHT LLC

**Period Ending:** 06/30/15

**Trustee:** (550140)    FREDERICK L. RANSIER, TRUSTEE
**Filed (f) or Converted (c):** 05/29/15 (f)
**§341(a) Meeting Date:** 06/29/15
**Claims Bar Date:** 10/07/15

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase checking account ends in 5596 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chase checking account ending in 2127 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable - may not be collectable | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 4 | 2014 Ford F350 | 42,100.00 | 0.00 | | 0.00 | FA |
| **4 Assets** | **Totals** (Excluding unknown values) | **$58,100.00** | **$16,000.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING DEBTOR'S SOLE MEMBER LLC BUSINESS ACTIVITIES.

**Initial Projected Date Of Final Report (TFR):** March 31, 2016

**Current Projected Date Of Final Report (TFR):** March 31, 2016

_____
July 23, 2015
Date

/s/ FREDERICK L. RANSIER, TRUSTEE
_____
FREDERICK L. RANSIER, TRUSTEE